# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Anthony M. Walker_
Plaintiff

C.M.S.       v.    Carl C. Danberg
_Raphael Williams, Ruth Ann Minner, James M. Baker_
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: _07 - 405_

I, _Anthony M. Walker_, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the (complaint)/petition/motion.

**FILED JUN 21 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes   [ ] No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _Howard R. Young Corr. Institute_

   Inmate Identification Number (Required): _553223_

   Are you employed at the institution? _No_ Do you receive any payment from the institution? _No_

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. _NONE_

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _9-2-06, $475.00 per week_ _Potts Welding & Boiler repair, Newark, DE._

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   [ ] Yes  [X] No
   b. Rent payments, interest or dividends            [ ] Yes  [X] No
   c. Pensions, annuities or life insurance payments  [ ] Yes  [X] No
   d. Disability or workers compensation payments     [ ] Yes  [X] No
   e. Gifts or inheritances                           [ ] Yes  [X] No
   f. Any other sources                               [ ] Yes  [X] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. _NONE_

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ・・Yes  ✓No

   If "Yes" state the total amount $ _____0_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ・・Yes  ✓No

   If "Yes" describe the property and state its value.

   NONE

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   Selassici Harris - little brother
   Elijah Harris - little brother
   Semaj Harris - little brother
   Savion Harris - little brother
   JahFari Harris - little brother

   I declare under penalty of perjury that the above information is true and correct.

   6/14/07                            Anthony M. Walker
   DATE                               SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Raymond E. Blake
IM: _____
SBI# 397092    UNIT PT-BTier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

$02.50
JUN 20 2007
MAILED FROM ZIP CODE 19977

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
              19801-3570

LEGAL MAIL

```
RESIDENT HISTORY REPORT        07- 405                              Page 1 of 1

HRYCI
06/06/07 14:05
ST 007 / OPR DMW

SBI              : 553223
Resident Name    : WALKER, ANTHONY
Time Frame       : 03/02/2007 23:25 - 06/06/2007 14:04

-------------------------------------------------------------------------------
Date         Time    Type            ST   OPR     Receipt #      Amount   Balance
-------------------------------------------------------------------------------

03/02/2007   23:25   Intake          5    GGP     E20227         126.40   126.40
03/12/2007   06:48   Order           2    WLH     B158575         26.11   100.29
03/19/2007   06:42   Order           2    DDT     B159617         48.61    51.68
03/26/2007   06:43   Order           2    DDT     B160643         32.94    18.74
03/26/2007   09:55   Credit         11    AFC     K3381            3.56    22.30
04/02/2007   06:38   Order           2    DDT     B161625         20.58     1.72
04/02/2007   09:38   Add             4    gmw     D66428          40.00    41.72
04/02/2007   09:54   Add             4    gmw     D66453          25.00    66.72
04/02/2007   11:40   Add             4    gmw     D66458          30.00    96.72
04/09/2007   06:53   Order           2    AFC     B162595         44.17    52.55
04/16/2007   06:42   Order           2    AFC     B163651         43.95     8.60
04/19/2007   11:53   Add             4    gmw     D67536          25.00    33.60
04/23/2007   06:41   Order           2    WLH     B164614         29.09     4.51
04/30/2007   06:30   Order           2    DDT     B165605          4.45     0.06
05/03/2007   13:11   Add             4    CAR     D68231          30.00    30.06
05/07/2007   06:49   Order           2    DDT     B166564         29.52     0.54
05/21/2007   06:54   Order           2    WLH     B168566          0.46     0.08
05/21/2007   11:19   Credit         11    DDT     K4192            0.46     0.54
05/21/2007   12:40   Add             4    gmw     D69303          40.00    40.54
05/28/2007   06:32   Order           2    DDT     B169507         34.98     5.56
06/04/2007   06:28   Order           2    DDT     B170443          4.79     0.77
06/06/2007   11:41   Rec Payment    10    bsp     J10302           0.35     0.42
```

07- 405



FILED
JUN 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

INM: Raymond E. Blake
SBI# 347092    UNIT PT-BTieR
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S.
X-RAY

UNITED STATES POSTAGE $02.50⁰ JUN 20 2007
02 1A
0004608975
MAILED FROM ZIP CODE 19977

Office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
    19801-3570

LEGAL MAIL