(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Raymond E. Blake__    __SBI #377092__
     (Name of Plaintiff)           (Inmate Number)

__H.R.Y.C.I, P.O. Box 9561, Wilm, DE. 19809__
(Complete Address with zip code)

(2) __Anthony Walker__  __553223__
     (Name of Plaintiff)    (Inmate Number)

__H.R.Y.C.I, P.O. Box 9561, Wilm, DE. 19809__
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__Healthcare__ vs. __C.M.S__

(1) __Warden - Raphael Williams__
(2) __Commissioner - Carl C. Danberg__
(3) __Governor - Ruth Ann Minner__
       (Names of Defendants)
(4) __Mayor - James M. Baker__
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

__07 - 405__
(Case Number)
( to be assigned by U.S. District Court)

__07 - 405__

CIVIL COMPLAINT

✓ Jury Trial Requested

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
       including year, as well as the name of the judicial officer to whom it was assigned:

       __# 07-125 JJF (2007)__
       __# 07-230 JJF (2007)__
       _____
       _____
       _____
       _____



FILED
JUN 21 2007
U.S. DISTRICT COURT

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ✓Yes  ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  ✓Yes  ··No

C. If your answer to "B" is Yes:

   1. What steps did you take? _I completed an individual grievance as well as a class action grievance_

   2. What was the result? _Nothing_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Raphael Williams_
    Employed as _Warden_ at _Howard R. Young Corr. Inst._
    Mailing address with zip code: _H.R.Y.C.I, P.O. Box 9561, Wilm, DE. 19809_

(2) Name of second defendant: _Carl C. Danberg_
    Employed as _Commissioner_ at _Comm. of Corrections_
    Mailing address with zip code: _245 McKee Drive Dover, DE. 19901_

(3) Name of third defendant: _Ruth Ann Minner_
    Employed as _Governor_ at _State of Delaware_
    Mailing address with zip code: _Tatnall Building, 150 William Penn Street, 2nd Floor, Dover, DE 19901_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Warden Raphael Williams is in charge of the living conditions at H.R.Y.C.I as well as management and supervision of all of the inmates. He is at fault for poor living quarters, unhealthy, unsafe and inhumane living quarters. The commissioner Carl C. Danberg is
2. at fault for not supervising Raphael's ability to manage the H.R.Y.C.I's facility. The Governor Ruth Ann Minner and Mayor James M. Baker are responsible for the overall operations of the facilities and management of all governmental agencies
3. inside of Wilmington, Delaware. (Further detail) (on attached document)!

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Investigate this situation and compensate me for my injuries in compensatory damages as well as punitive damages. I will like to be paid $500,000,000.00 dollars from each defendant for my pain and suffering,

3

2. mental anguish, post traumatic stress, loss of recreational priveleges, physical torment, unsanitary eco system, mental & physical duress, unkempt health care system, Neglegence to job detail, Cruel and unusual punishment and
3. denial of adequate living quarters.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __14th__ day of __June__, 20__07__.

__Raymond C. Blake__
(Signature of Plaintiff 1)

__Anthony Walker__
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Additional Plaintiffs

(3) MICHAEL A. Joy   #519040
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I, P.O. BOX 9561, Wilm, DE. 19809
   Complete Address with zip code

(4) Ncheim Hammond   #304560
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I, P.O. Box 9561, Wilm, Del. 19809
   Complete Address with zip code

(5) MICHAEL SMALLWOOD   #276030
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I, P.O. Box 9561, Wilm, DE. 19809
   Complete Address with zip code

(6) Gene B. Midgette   #334809
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I P.O. Box 9561 Wilm. De 19809
   Complete Address with zip code

(7) Anthony Rogers   #342210
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I P.O. Box 9561 Wilm, DE 19809
   Complete Address with zip code

(8) Davon J Rodgers   328265
    Name of Plaintiff      Inmate Number

   H.R.Y.C.I P.O Box 9561 Wilm, DE 19809
   Complete Address with zip code

(9) Steven Joyner
Name of plaintiff        Inmate Number

H.R.Y.C.I, P.O.Box 9561, Wilm, DE. 19809
Complete Address with zip code

(10) TERRENCE Robinson        #471012
Name of Plaintiff        Inmate Number

H.R.Y.C.I P.O.Box 9561, Wilm De 19809
Complete address with zip code

Additional DEFENDANT(S)

(4) Name of Defendant(s): JAMES M. BAKER
Employed As : MAYOR   at: Wilmington, Delaware
Mailing Address With zipcode: Louis L. Redding Building 800 N. French Street, Wilm, DE. 19801

(5) Name of Defendant(s): C.M.S
Employed As : Health care   at: Howard R. Young Correctional Institute
Mailing Address with zip code : P.O. Box 9561 H.R.Y.C.I, Wilmington, DE. 19809

Inmt: Raymond E. Blake
SBI# 347092    UNIT PT-BTier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

USMS X-RAY




UNITED STATES POSTAGE
$ 02.50
JUN 20 2007
MAILED FROM ZIP CODE 19977