

Michael Smallwood
SBI# 276030
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809



**Utility Events**
1:07-cv-00405-UNA Blake et al v. Healthcase C.M.S. et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2007 at 4:05 PM EDT and filed on 6/27/2007
**Case Name:** Blake et al v. Healthcase C.M.S. et al
**Case Number:** 1:07-cv-405
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb)


**1:07-cv-405 Notice has been electronically mailed to:**

**1:07-cv-405 Notice has been delivered by other means to:**

Raymond E. Blake
SBI# 377092
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Naheim Hammond
SBI# 304560
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Michael A. Joy
SBI# 519040
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Steven Joyner
SBI# 537610
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Gene B. Madgette

SBI# 334809
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Terrence Robinson
SBI# 471012
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Daron J. Rodgers
SBI# 328265
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Anthony D. Rogers
SBI# 342210
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Michael Smallwood
SBI# 276030
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

Anthony M. Walker
SBI# 553223
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

