IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RAYMOND E.BLAKE,<br>ANTHONY M. WALKER,<br>MICHAEL A. JOY,<br>NAHEIM HAMMOND,<br>MICHAEL SMALLWOOD,<br>GENE B. MADGETTE,<br>ANTHONY D. ROGERS,<br>DARON J. RODGERS,<br>STEVEN JOYNER,<br>TERRENCE ROBINSON,<br><br>   Plaintiffs,<br><br>  v.<br><br>HEALTHCASE C.M.S.,<br>WARDEN RAPHAEL WILLIAMS,<br>COMMISSIONER CARL C. DANBERG,<br>GOVERNOR RUTH ANN MINNER,<br>MAYOR JAMES M. BAKER,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-405-JJF |

**ORDER**

   1.  The plaintiffs Michael A. Joy, SBI #519040, Naheim Hammond, SBI # 304560, Michael Smallwood, SBI #276030, Gene B. Madgette, SBI #334809, Daron J. Rodgers, SBI #328265 and Terrence Robinson, SBI #471012, all <u>pro</u> <u>se</u> litigants who are presently incarcerated, have filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

   2.  Pursuant to 28 U.S.C. § 1915(b), the plaintiffs shall be assessed the filing fee of $350.00.

3.    Pursuant to the requirements of 28 U.S.C.
§ 1915(a)(1) and (2), and in order to determine the schedule of
payment of the filing fee, each plaintiff shall submit to the
Clerk of Court, a request to proceed in forma pauperis and a
certified copy of his prison trust fund account statement
(memorandum or institutional equivalent, with attachments)
**showing all deposits, expenditures and balances** during the six-
month period immediately preceding the filing of the complaint,
obtained from the appropriate official at each institution at
which the plaintiffs are confined. **FAILURE OF THE  PLAINTIFFS TO
RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE
THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION
WITHOUT PREJUDICE.**

4.    Unless the Court determines from the plaintiffs'
financial information that they have no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiffs' average monthly deposit or average monthly
balance in the trust fund account shall be required to paid
before the court reviews the complaint. **NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

5.   Pursuant to 28 U.S.C. § 1915(g), if the plaintiffs have had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiffs leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that a plaintiff is under imminent danger of serious physical injury.

DATED: July 10, 2007

_____
United States District Judge

3