IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE,<br>ANTHONY M. WALKER,<br>MICHAEL A. JOY,<br>NAHEIM HAMMOND,<br>MICHAEL SMALLWOOD,<br>GENE B. MADGETTE,<br>ANTHONY D. ROGERS,<br>DARON J. RODGERS,<br>STEVEN JOYNER,<br>TERRENCE ROBINSON,<br><br>            Plaintiffs,<br><br>        v.<br><br>HEALTHCASE C.M.S.,<br>WARDEN RAPHAEL WILLIAMS,<br>COMMISSIONER CARL C. DANBERG,<br>GOVERNOR RUTH ANN MINNER,<br>MAYOR JAMES M. BAKER,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-405-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILING FEE ORDER**

1. The plaintiffs Anthony D. Rogers, SBI #342210 and Steven Joyner, SBI #537610, <u>pro se</u> litigants who are presently incarcerated, have filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee.

2. Consistent with 28 U.S.C. § 1915(a)(1), the plaintiffs submitted affidavits stating that they have no assets with which to prepay the filing fee. Based on the plaintiffs' affidavits, their request to proceed <u>in forma pauperis</u> is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiffs shall be assessed the filing fee of $350.00. In order to determine the schedule of payment of the filing fee, each plaintiff shall submit to the Clerk of Court, a certified copy of his trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-month period, immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiffs are confined. **FAILURE OF THE PLAINTIFFS TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

4. Unless the Court determines from the plaintiffs' financial information that they have no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiffs' average monthly deposit or average monthly balance in the trust fund account shall be required to be paid before the court reviews the complaint. **NOTWITHSTANDING ANY PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Pursuant to 28 U.S.C. § 1915(g), if the plaintiffs have had three or more actions dismissed by the Court on the

grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiffs leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that a plaintiff is under imminent danger of serious physical injury.

DATED: July 10, 2007

_____
United States District Judge