IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF DELAWARE

ANTHONY M. WALKER
        PLAINTIFF

   VS.

RAPHAEL WILLIAMS, WARDEN
CARL C. DANBERG, COMMISSIONER
RUTH ANN MINNER, GOVERNOR
JAMES M. BAKER, MAYOR
C. M. S      , HEALTH CARE
       DEFENDANT(S)

CIVIL ACTION
CIVIL RIGHTS COMPLAINT
NO. 1:07-CV-405 JJF



07cv405 JJF
FILED
JUL 16 2007
*illegible signature*
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AMENDED CIVIL RIGHTS COMPLAINT

## I. JURISDICTION

1.    This is a civil action authorized by 42 U.S.C §1983(a), § 1985 (b), and § 1986, to address the deprivation of rights secured by the constitution of the united states. The court has jurisdiction under 28 U.S.C. § 1331. Plaintiff seeks declaratory relief pursuant to 28 U.S.C §2201 and 2202.

## II. PLAINTIFF

2.  Plaintiff, Anthony M. Walker is an inmate currently housed at the D.C.C. and has been there for the past (9) Nine months. D.C.C., 1181 PADDOCK, RD, SMYRNA Del. 19943.

## III. DEFENDANT

3. Defendant, Raphael Williams, Warden, in unofficial and official capacity as Warden of the Howard R. Young correct. Institution. For the State of Delaware. Is legally responsible for the management and supervision of the overall operations of his department.

4. Defendant, Ruth Ann Minner, Governor, in official capacity unofficial capacity, -ity as Governor of the State of Delaware and all said-above branches of authority, is legally responsible For the management and supervision of the over all operat--ions for each Department.

5. Defendant, Carl C. Danberg, Commissioner, in official capacity unofficial and capacity as Commissioner of corrections for the State of Delaware and all said-above branches under his auth-ority, is legally responsible for the management and supervision of the overall operation(s) for each Department.

6. Defendant, James M. Baker, Mayor, in official capacity and unofficial capacity as Mayor for the City of Wilmington, Delaware and all-said above branches under his authority, is legally responsible for the management and supervision of the overall operation(s) for each Department.

7. Defendant, C.M.S, Prison health care agency, in off-icial capacity as the prison health care for inmates unofficial and of Delaware under it's authority, is legally respons-

-ible for the management and supervision of the overall operation(s) of the prison health care system.

## IV. FACTS

8.  For months inmates have been filing grievances to the warden on unkempt housing units and health con--cerns such as: Rats & mice (rodents) on the housing units., Ants and Termites, untimely sick call procedure., Three men to a cell., Aircondition not being cut on (unkempt Eco system) when outside temperature is 90° degrees and above., Water leeking through the cracks of the wall flooding the entire cell with people sleeping on the floor., Food being served on dirty trays., Food being served hours after prepared., inmates being Filtered in general population before medical thoroughly examines them for diseases, inmates not being able to attend Islamic services (Muslim) due to a lack of policy etc....

9.  Defendant, commissioner of corrections, carl c. Danberg is allow--ing this unsanitary, unkempt, health threatening situation to continue to take place by not addressing the many grievances that inmates have filed.

10.  Defendant, Governor of the state of Delaware, Ruth Ann Minner, is responsible for the neglegence that the inmates are receiving at the Howard R. Young Correctional institution, because she doesn't thoroughly investigate the many complaints being

filed by the inmates as well as the outside
family members of the inmates.

11. Defendant, Mayor of the City of Wilmington,
Delaware, James M. Baker is responsible for
the ill treatment of the inmates of Howard R.
Young Correctional Institution, because he doesn't
do a thorough investigation of the many complaints
being filed by the inmates at the Facility.

12. Defendant, Medical care for inmates, C.M.S.
is responsible for placing sick inmates in
general population without thoroughly examining them
for diseases before the filtering them main stream.
exposing healthy inmates into many of sicknesses
these unexamined people carry.

13. All of the Defendants are equally responsible
For the injuries caused to the inmates for
not placing preventive measures or policies in
place that would assure the safety of sentenced
and unsentenced inmates. All of the Defendants
are at fault for exposing the inmates to an
unhealthy living quarter that in return caused
the many of complaints that weren't properly ad-
-hered to.

Examples Next page ⟹

PLAINTIFF

## FACTS

INJury to my hand was not properly administered in A timely Fashion.

My name is Raymond E. Blake. And I'm an inmate at Howard R. Young Correctional Institute. And have been housed there for the past eight months. I was attacked by An sentenced inmate while I was unsentenced which in returned caused permanent damage to my right hand. The attacked happened in october of 2006. I pot in sick call slips in october and didn't receive An appointment until around Feburary. The docter took x-rays of my right hand and told me he would send them to an outside hospital for Further examinations. He never gave me any pain medicine or anything. It's June now and I still don't know why I can't shut my hand or Apply pressure when giving A handshake.

Raymond E. Blake
SBI# 377092
H.R.Y.C.I
P.O. BOX 9561
Wilm, DE. 19809

Witness

## Facts  Food Being Served On Dirty Trays

My name is Michael Smallwood. I've been housed on the 2-H Pod Cell#12 at the Howard R. Young Facility for the past two months. Since I've been here every day, throughout the course of these days, the food trays have been coming up to the pod with leftover food from the previous meal that was served. I have not seen any improvement on the trays. I've written the Warden only to decieve negative results.

Michael Smallwood
SBI#276030
H.R.Y.C.I.
P.O. Box 9561
Wilm. De. 19809

PLAINTIFF    FACTS

## Rats & Mice (rodents)

I'm an inmate housed at the Howard R. Young Correctional Institution on housing unit 2 H pod cell #2. And the reason that I am writting is, because I've been incarcerated for the past (9) nine months sleeping on the floor in a 6 by 9 prison cell accompanied by two other individuals. Every night I clog the door opening with newspaper to try to prevent the many rats & Mice from entering the prison cell and biting me or one of my cellies. I wrote grievances to the warden only to be ignored and returned with negative results.

Raymond E. Blake
SBI # 377092
H.R.Y.C.I
P.O. Box 9561
Wilm, DE. 19809

PLAINTIFF    Facts

## Air Conditioner not being Cut on

My name is Anthony D Rogers I'm a Inmate housed in the Howard R Young Correctional Institution on housing Unit 2H Cell 19 I'm writing on the Concern and issue of the air conditioner there is "no" air coming through the vents and I'm and inmate that have asthma and I can die from the heat but they don't care about that they tell me to deal with it

Anthony Rogers
SBI# 342210
Pod 2H Cell 19
Po Box 9561
Wilm, DE 19809

Witness

# Facts

## Three man to a Cell

My name is Anthony M. Walker and I am a inmate housed in the Howard, R. Young Conretional Institution on housing Unit 2H Cell 19. Im writing on the concern of a issue of three men to a Cell. The cells that we are confinde to are 6 by 9 one sink, toilet two beds a desk and the third inmate sleeps on the floor. The living Conditons that we live in are unhealthy, unsafe, and a real problem. Inmate's all have there own personal belongings and have to cramp up an make space, to fit for three grown men. The gaurds tell us that we cannot block out the sunlight that comes threw are windows, the air on our unit is not working and we cant even leave our doors cracked open to get a little breeze threw. Ants are invading our living space which is very unsanitARY, we have complaned to the Correctional Officier plenty of times about this and have recieved no resucts, with the continus of ants crawling on me while I'm sleeping on the floor.

witness          Facts                    5-30-07

When we have a hard rain
Water leaks through the cracks in
the floor tiles and window seals.
My sleeping Mattress becomes wet, and
I have noway to dry it. My
Commissary gets wet also being that
its in the floor too. I also have ants
coming through the same crack that the
water leaks through, the get into My
Commissary which is then not fit
to eat, So I got to put it into the
Trash, My Love ones hard earn
money gone to Waste. I am a Person
with Congestive Heart Failure. Which
I made known, the day I entered
H.R.Y.C.I. Being that my Heart doesn't
equally on both Sides, I suffer from
short of breath, and I've have needed a
pillow to breath and lay down, since
1977, I was tolded that their is no
Pillows aloud. Per: Warden, In my
case its life threaten,

Gene B Midlette Jr.
SBI # 334809
H.R.Y.C.I   2-H6
Wilm. De  P.O. Box 9561
19809

witness

## FacTS

Inmates    BattleIng Ants Termites

I'm a Inmate At Howard R. Young
Correction Institution. I'm Beching
House Here I'm complaing about
the ants and termites in my
Cell i've been complaining For
Months and nothing Been Done
About the problem I wrote grievances
to the Warden only to be
ignored and Returned with negative
Results,


DAlton J. Rodgers
SBI : 328265
H.R.Y.C.I
P.O Box 9561
Wilm, DE. 19809

witness

## Facts

## Untimely in Sick Call Procedure

My Name is Steven Joyner JR., I'm an inmate
housed at the Howard R. young Correctional institution
On housing Unit 2-Hpod Cell #9. The reason I'am
writting you Is, because I was sick the first day I
Came on April 28, 2007. I put an Sick call slip
On May 1 Staking I was very sick. Mean while I was
waiting until I was answer. Came to May 10, 2007
I put another Slip. Mind you it now May 31, 2007 and
I'am healing slowly.

                                        Steven Joyner
                                        SBi 537-610
                                        H.R.y.C.I
                                        P.O. Box 9561
                                        Wilm, DE. 19809

witness          Facts

Food being served hours after
Prepared

I am an inmates housed at the Howard R.
Young Correctional institution on housing
unit 2 H pod cell #20. And the reason
I am writing is that on top of the
food waiting to be brought over to
this side of the institution it sit up
in the little room for least a hour or
not hours so when we do get it, it
is cold. We would like to be served
some food that is least warm, if not
hot.

                    Naheem Hammond
                    S.B.I #304560
                    H.R.Y.C.I
                    P.O. Box 9561
                    Wilm, Del. 19809

witness

## FACTS

INMATES BEING FILTERED IN GENERAL
POPULATION BEFORE MEDICAL, THOROUGHLY EXAMIN-
ES THEM FOR DISEASES

I'M AN INMATE HOUSED AT THE HOWARD
R. YOUNG CORRECTIONAL INSTITUTION ON
HOUSING UNIT 2H CELL #1. I AM WRITING IN
CONCERN OF A ISSUE THAT I HAVE NOTICED
IS A HARM TO MY HEALTH AND OTHERS. THAT
IS THE FACT THAT INMATES ARE BEING BROUGHT
IN FROM THE STREETS AND IMMEDIATELY BEING
HOUSED INTO POPULATION WITHOUT BEING
QUARINTEENED. I HAVE BEEN EXPOSED TO
TURBOCULOSIS SINCE I'VE BEEN INCARCERATED
AND I BELIEVE IT IS BECAUSE OF THIS
SITUATION THAT NEED BE ADDRESSED.

                    MICHAEL A. Jay
                    SBI #519040
                    H.R.Y.CI P.O.BOX
                         9561
                    Wilm. DE, 19809

## V. LEGAL CLAIMS

14. Defendant Raphael Williams, C.M.S., Ruth Ann Minner, Carl C. Danberg, James M. Baker with requisite state of mind knew of and Deliberately Disregarded inmate Health or safety. Defendant(s) knew that plaintiff's Faced unhealthy Living conditions by many grievance attached Hereto Demonstrates this is A ongoing problem after the Defendant(s) received written report of these Depriv--ation they have refused to remedy the wrong Defendants objectively knew the Deprivation was subjectively serious And Disregarded it.

15. Defendant(s), Raphael Williams, Ruth Ann Minner, James M. Baker, Carl C. Danberg and C.M.S are liable for the reckless disregard and delibered indifferences for inmates rights to be free from inhumane living condit--ions as well as unhealthy living quarters, by not putting in place preventive policy measures for the rampant misconduct and unprofessionalism displayed in the inmate housing facilities of Wilmington, Delaware. violating 42 U.S.C. § 1983, § 1985, § 1986.

16. Defendant(s) Raphael Williams; Carl C. Danberg; C.M.S; Ruth Ann Minner are all in direct or indirect violat--ion of Neglecting their supervisoral and or Manage--ment job Detail by Not investigating the many grievances written up by the inmates and allowing the inmates to be housed in unsanitary, health risk enviroments is A Failure to their job detail or

Functions.

17. Defendant(s) Raphael Williams; Carl C. Danberg; James M. Baker; C.M.S., And Ruth Ann Minner are all in direct violation for willingly and or knowingly conspiring with eachother to abandon the rights of the inmates and violating the plaintiffs Amended rights as well as constitutional rights by not implementing A religious structure for the muslims that would be equally suffient as that of the christians. And by allowing inmates to be housed and Fed in unsanitary conditions, Maliciously housed in unkempt housing units. All defendants are at fault for the cruel and Unusual punishment towards the inmates. As well as deliberate indifferences toward the inmates.

## VI. INJURY

18. Above-said and named Defendant(s) actions caused ongoing injury, which Plaintiff suffers the "Ramifications" of the original acts. As A direct consequence of the Defendant's unconstitutional disclosure, And Failure to establish or put in place preventive policies. The injuries to plaintiff's consist of mental and physical duress, loss of religious services, loss of recreational privileges, deprivation of recreation, Post-Traumatic stress, physical torment, unsanitary eco system, unkempt health care system, cruel and unusual punishment, Denial of adequate living quarters, and exposure to infectious diseases. (Such as scabbies,

Tuberculosious, seramanella poison, hepititas etc...)

## Memorandum of LAW

19.    PlaintiFF's are entitled to be compensated under the eighth Amendment claim in which Defendant(s) violated the inmates eighth and Fourteenth Amendment in which the supreme court held in Wilson v. Seiter, 501 U.S. 294. 111 s. ct. 2321. 115 L.Ed 2d 271 (1991), the supreme court held that to establish an Eighth Amendment violation an inmate must allege both an objective element—that the deprivation was sufficiently serious and subject element—that A prison official acted with A sufficiently culpable state of mind, i.e., deliberate indifference.

    The instant case given in light with the totality of circumstances given rise to the eighth and Fourteenth Amendment violations., the threshold of demonstrating Delibered indifference. The PlaintiFF's have crossed this hurdle with room to spare. It is clear in the instant case that Defendant(s) objective-ly knew that the deprivation was sufficiently ser-ious. And when viewed in Light most favorable to plaintiFF., the subjected or subjective element that A prison supervisory official has acted with A culp-able state of mind (i.e., deliberate indifference) the conditions of confinement to which the plaintiFF was subjected to. This complaint Demonstrates a prima facias case of Deliberate indifference to the letters

sent to Defendant(s) supervisory officials [administr-
-ations] concerning all matters set forth in the
complaint. All request for administrative remedies were
refused. This suggest that the Defendant(s) were on
actual notice by plaintiff's reports of Rodents,
Ants, termites, untimely sick call procedures, Three
men to A cell, prohibited religious service (ID complaint
at. 8, when read in light most favorable to Plaintiff.
The record show's that plaintiff has prevailed by
Demonstrating Defendant(s) Deliberate indifference
to his plight.

WHEREFORE, Plaintiff(s) respectfully request
Pleading liency under Haines v. Kerner, U.S. 111
(1972), And that this court enter judgement, granting
Plaintiff(s):

(1) A declaratory judgement that the Defendants' acts,
described herein, violated Plaintiff's rights under
the United States constitution.

(2) A preliminary and permanent injunction which:
(a) Prohibits the Defendants, their successors, agents
and employees, and all other persons in active concert
and participation with them from harassing, threatening or
retaliating in any way against any person, because they have
submitted affidavits or testimony in this case on behalf
of the plaintiff.

(3) Compensatory damages in the amount of Five million Dollars (\$5,000,000) From DeFendant, Raphael williams, Warden, to be paid to plaintiFF For "Consequential Suffering".

(4) Punitive And compensatory damages in the amount of Five million Dollars (\$5,000,000) From DeFendant, Ruth Ann Minner, Governor, to be paid to plaintiFF For "consequential suffering".

(5) Punitive And compensatory damages in the amount of Five million Dollars (\$5,000,000) From DeFendant, Carl C. Danberg, Commissioner, to be paid to plaintiFF For "Consequential Suffering".

(6) Punitive damages in the amount of Five Million Dollars (\$5,000,000) From DeFendant, James M. Baker, Mayor, to be paid to plaintiFF For "WillFully conspiring" with above-said DeFendants to violate plaintiFF's civil and constitutional Rights.

(7) Punitive damages in the amount of Five Million Dollars (\$5,000,000) From Defendant, C.M.S, health care, to be paid to plaintiFF For "will Fully conspiring" with above-said DeFendants to violate plaintiFF's civil and constitutional Rights

(8) A jury trial on all issues triable by Jury.

(9) PlantiFF's cost For this suit.

(10) such other and Further relief as this court deems just, Proper and equitable.

RESPECTFUIIY SUBMITTED,
Anthoney M. Walker
ANTHONY M. WALKER
D.C.C.
1181 PADDOCK, RD.
SMYRNA, DEI. 19943

Date : 7/10/07



DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 1997

WILMINGTON, DE 19850
JUL 13 2007 PM

Office of the clerk
United States District court
844 N. King street, Lockbox 18
Wilmington, Delaware
19801-3570