AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

MICHAEL A. JOY
Plaintiff

COMMISSIONER CARL C. DANBERG, GOVERNER RUTH ANN MINNER
HEALTH CASE C.M.S., WARDEN RALPH WILLIAMS
Defendant(s) MAYOR JAMES M. BAKER

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07cv405 JJF

I, MICHAEL A. JOY, declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUL 24 2007
RG scan

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   [X] Yes   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration HOWARD R. YOUNG CORRECTIONAL INSTITUTE

   Inmate Identification Number (Required): 519040

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 12/06
   $10.00 PH / $600.00 EVERY TWO WEEKS / PLATINUM SERVICES

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   • • Yes   [X] No
   b. Rent payments, interest or dividends             • • Yes   [X] No
   c. Pensions, annuities or life insurance payments   • • Yes   [X] No
   d. Disability or workers compensation payments      • • Yes   [X] No
   e. Gifts or inheritances                            • • Yes   [X] No
   f. Any other sources                                • • Yes   [X] No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   ☒ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   • • Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   FIANCE' - ANDREA COLEMAN
   MOM - RAVOYDA JOY
   BROTHER - MARC JOY
   GRANDMOTHER - GERALDINE BLAKEMORE

   I declare under penalty of perjury that the above information is true and correct.

   _7/22/07_                    _[signature]_
   DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Michael A. Jay SBI#519040
P.O. Box 9561
Wil. DE, 19809

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wil. DE 19801-3570

CASE# 07-405

WILMINGTON DE 197
23 JUL 2007 PM
USA 41

```
RESIDENT HISTORY REPORT                                                  Page 1 of 1

HRYCI
07/19/07 14:58
ST 007 / OPR DMW

SBI              : 519040
Resident Name    : JOY, MICHAEL
Time Frame       : 06/01/2007 12:11 - 07/19/2007 14:58

------------------------------------------------------------------------------------
Date        Time    Type                 ST    OPR    Receipt #      Amount   Balance
------------------------------------------------------------------------------------

06/01/2007  14:12   Rec Payment          10    bsp    J10284           5.00     40.34
06/04/2007  06:28   Order                 2    DDT    B170441         26.70     13.64
06/04/2007  10:41   Credit               11    DDT    K4423            4.33     17.97
06/11/2007  06:38   Order                 2    DDT    B171352         17.85      0.12
06/12/2007  11:39   Add                   4    gmw    D70498          20.00     20.12
06/18/2007  06:43   Order                 2    DDT    B172359         20.12      0.00
06/20/2007  12:29   Add                   4    CAR    D70936         100.00    100.00
06/25/2007  06:27   Order                 2    WLH    B173345         46.81     53.19
06/26/2007  11:50   Add                   4    CAR    D71247          30.00     83.19
06/28/2007  10:20   Withdrawal            6    wmd    F30133           5.00     78.19
07/02/2007  06:25   Order                 2    DDT    B174218         39.77     38.42
07/09/2007  06:48   Order                 2    DDT    B175158         35.01      3.41
07/11/2007  14:18   Rec Payment          10    bsp    J10894           0.75      2.66
07/12/2007  11:39   Add                   4    SEA    D72026          40.00     42.66
07/16/2007  06:46   Order                 2    DDT    B176061         29.72     12.94
```



MICHAEL A. Joy   SBI #519040
P.O. BOX 9561
WIL. DE, 19809

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LockBox 18
WIL. DE 19801-3570

WILMINGTON DE 197
23 JUL 2007 PM
USA 41

19801+35570

7/22/07

To Whom it May Concern,

The following is an application to proceed without prepayment of fees and affidavit for my civil case. Also attached is a certified copy of my inmate account. My case number is 07cv405 JJF.

Thankyou for your time and concern.

Sincerely,

SBI#519040 Michael A. Joy

07cv405 JJF

FILED
JUL 2 1 2007
RG scanner

MICHAEL A. Joy    SBI#519040
P.O. BOX 9561
WIL. DE, 19809

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
WIL. DE 19801-3570

WILMINGTON DE 197
23 JUL 2007 PM
USA 41