OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO:  **MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES**

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness."  If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT.**

---

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I,_____, do acknowledge by my

signature below, that I received on _____, an

envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____

_____        _____
(Witness)                              (Recipient)

FILED

JUL 24 2007





Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

INMATE UNKNOWN
ENCLOSURE
INMATE RELEASED
CORRESPONDENCE REFUSED

Michael Smallwood
SBI# 276030
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

FILED
JUL 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _07 cv 405 JJF_

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*



I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____          _____
(Date forms issued)              (Signature of Party or their Representative)

                                 _____
                                 (Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

## UNITED STATES DISTRICT COURT

District of _____

_____

Plaintiff

V.

Defendant

**FILED**

JUL 24 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 07cv405 JJF

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_____                          _____
Date                                               United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE,                      )
ANTHONY M. WALKER,                     )
MICHAEL A. JOY,                        )
NAHEIM HAMMOND,                        )
MICHAEL SMALLWOOD,                     )
GENE B. MADGETTE,                      )
ANTHONY D. ROGERS,                     )
DARON J. RODGERS,                      )
STEVEN JOYNER,                         )
TERRENCE ROBINSON,                     )
                                       )
            Plaintiffs,                )
                                       )
        v.                             ) Civil Action No. 07-405-JJF
                                       )
HEALTHCASE C.M.S.,                     )
WARDEN RAPHAEL WILLIAMS,               )
COMMISSIONER CARL C. DANBERG,          )
GOVERNOR RUTH ANN MINNER,              )
MAYOR JAMES M. BAKER,                  )
                                       )
            Defendants.                )
                                       )

**ORDER**

1.  The plaintiffs Michael A. Joy, SBI #519040, Naheim

Hammond, SBI # 304560, Michael Smallwood, SBI #276030, Gene B.

Madgette, SBI #334809, Daron J. Rodgers, SBI #328265 and Terrence

Robinson, SBI #471012, all pro se litigants who are presently

incarcerated, have filed this action pursuant to 42 U.S.C. § 1983

without prepayment of the filing fee or a request to proceed in

forma pauperis.

2.  Pursuant to 28 U.S.C. § 1915(b), the plaintiffs

shall be assessed the filing fee of $350.00.

3.    Pursuant to the requirements of 28 U.S.C.
§ 1915(a)(1) and (2), and in order to determine the schedule of
payment of the filing fee, each plaintiff shall submit to the
Clerk of Court, a request to proceed in forma pauperis and a
certified copy of his prison trust fund account statement
(memorandum or institutional equivalent, with attachments)
**showing all deposits, expenditures and balances** during the six-
month period immediately preceding the filing of the complaint,
obtained from the appropriate official at each institution at
which the plaintiffs are confined.  **FAILURE OF THE  PLAINTIFFS TO
RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE
THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION
WITHOUT PREJUDICE.**

4.    Unless the Court determines from the plaintiffs'
financial information that they have no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiffs' average monthly deposit or average monthly
balance in the trust fund account shall be required to paid
before the court reviews the complaint.  **NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

2

5.    Pursuant to 28 U.S.C. § 1915(g), if the plaintiffs have had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiffs leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that a plaintiff is under imminent danger of serious physical injury.

DATED: July 10, 2007

_____
United States District Judge

3





**RTS**
RETURN TO SENDER

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58
02 1A
0004615572   JUL 19 2007
MAILED FROM ZIP CODE 19802

RETURN TO SENDER

INMATE UNKNOWN _____ NO INMATE BY THIS SPELLING
INMATE RELEASED _____ ENCLOSURE UNAUTHORIZED
CORRESPONDENCE REFUSED

☐ OTHER

A ☐ ☐ INSUFFICIENT ADDRESS
  ☐ ☐ ATTEMPTED NOT KNOWN
C ☐ ☐ NO SUCH NUMBER/ STREET
S ● ☐ NOT DELIVERABLE AS ADDRESSED
       - UNABLE TO FORWARD

RETURN TO SENDER

INMATE UNKNOWN _____ NO INMATE BY THIS SPELLING
INMATE RELEASED _____ ENCLOSURE UNAUTHORIZED
CORRESPONDENCE REFUSED

Mailroom Officer
Howard R. Young Corr. Inst.
P.O. Box 9561
Wilmington, DE 19___

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

**OFFICIAL BUSINESS**

FILE

JUL 24 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned