```
RESIDENT HISTORY REPORT                                           Page 1 of 1

HRYCI
06/06/07 13:32
ST 007 / OPR DMW

SBI           : 342210
Resident Name : RODGER, ANTHONY                          07-405(JJF)
Time Frame    : 03/14/2007 11:30 - 06/06/2007 13:12

--------------------------------------------------------------------------
Date        Time    Type            ST  OPR   Receipt #    Amount    Balance
--------------------------------------------------------------------------

03/14/2007  11:30   Reopen           5  cp    E20441        12.00     12.00
03/19/2007  10:20   Order            2  DDT   B159912       11.68      0.32
03/20/2007  09:09   Credit          11  AFC   K3278         11.68     12.00
03/20/2007  09:24   Close            6  kjg   F27325        12.00      0.00
05/20/2007  17:21   Add              5  BVS   E21798         0.05      0.05
```



FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Hi my name is Anthony D Rogers SBI #342210 and I'm writing because I I was told to send in my account history for Civil Action No. 07-405-JJF thank you for your time.

*Anthony D Rogers* (signature)



FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned