AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07cv405 JJF



## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

7/17/07
(Date forms issued)

_____
(Signature of Party or their Representative)

MICHAEL A. JOY
(Printed name of Party or their Representative)

**PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT**
Note: Completed receipt will be filed in the Civil Action

Michael A. Joy SBI#519040
P.O Box 9561
Wilm. De 19809

U.S.M.S. X-RAY

Office Of The Clerk
U.S. District Court
844 N. King Street Lockbox 18
Wilm., Delaware 19801