AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **07 cv 405 JJF**

Joy



FILED
OCT - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rescanned

### ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

__10/1/07__
(Date forms issued)

_____
(Signature of Party or their Representative)

**MICHAEL A. JOY**
(Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action