Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
INMATE UNKNOWN
INMATE RELEASED REFUSED
CORRESPONDENCE REFUSED
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED

RETURNED TO SENDER
ATTEMPTED,
NOT KNOWN

07-405

Anthony D. Rogers
SBI# 417240
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

COMPLETED
OCT 01 2007

RECEIVED
OCT 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

ANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, ANTHONY M. :
WALKER, MICHAEL A. JOY, NAHEIM :
HAMMOND, MICHAEL SMALLWOOD, :
GENE B. MADGETTE, ANTHONY D. :
ROGERS, DARON J. RODGERS, :
STEVEN JOYNER, and TERRENCE :
ROBINSON, :
 :
    Plaintiffs, :
 :
    v. : Civil Action No. 07-405-JJF
 :
HEALTHCARE CMS, WARDEN RAPHAEL :
WILLIAMS, COMMISSIONER CARL C. :
DANBERG, GOVERNOR RUTH ANN :
MINNER, and MAYOR JAMES M. :
BAKER, :
 :
    Defendants. :

## O R D E R

Plaintiffs, who proceed *pro se*, are all presently incarcerated within the Delaware Department of Correction. Five of the Plaintiffs have filed Applications To Proceed Without Prepayment Of Fees pursuant to 28 U.S.C. § 1915. (D.I. 1, 2, 3, 4, 14.)

On July 10, 2007, the Court entered an Order granting the Applications of Plaintiffs Anthony D. Rogers ("Rogers") and Steven Joyner ("Joyner"). (D.I. 10.) The Order required Rogers and Joyner, within 30 days from the date the Order was sent, to submit certified copies of their respective prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the Complaint,