Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER

RETURN TO SENDER BY THIS SPELLING

NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED

INMATE UNKNOWN
INMATE RELEASED
CORRESPONDENCE REFUSED

ATTEMPTED, NOT KNOWN

RETURNED TO SENDER

07-405

Anthony M. Walker
SBI# 55-3223
Howard R. Young Correctional Institution
P.O. Box 95
Wilmington, DE 19809

RECEIVED

OCT 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMPLETED

OCT 01 2007

ANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RAYMOND E. BLAKE, ANTHONY M.     :
WALKER, MICHAEL A. JOY, NAHEIM:
HAMMOND, MICHAEL SMALLWOOD,      :
GENE B. MADGETTE, ANTHONY D.     :
ROGERS, DARON J. RODGERS,        :
STEVEN JOYNER, and TERRENCE      :
ROBINSON,                        :
                                 :
          Plaintiffs,            :
                                 :
     v.                          :  Civil Action No. 07-405-JJF
                                 :
HEALTHCARE CMS, WARDEN RAPHAEL:
WILLIAMS, COMMISSIONER CARL C.:
DANBERG, GOVERNOR RUTH ANN       :
MINNER, and MAYOR JAMES M.       :
BAKER,                           :
                                 :
          Defendants.            :

## O R D E R

Plaintiffs, who proceed pro se, are all presently

incarcerated within the Delaware Department of Correction.   Five

of the Plaintiffs have filed Applications To Proceed Without

Prepayment Of Fees pursuant to 28 U.S.C. § 1915.   (D.I. 1, 2, 3,

4, 14.)

On July 10, 2007, the Court entered an Order granting the

Applications of Plaintiffs Anthony D. Rogers ("Rogers") and

Steven Joyner ("Joyner").   (D.I. 10.)   The Order required Rogers

and Joyner, within 30 days from the date the Order was sent, to

submit certified copies of their respective prison trust fund

account statement or the institutional equivalent for the six-

month period immediately preceding the filing of the Complaint,