07-125 JJF
07-230 JJF
07-405 JJF

10/10/07

To whom it may concern,

My name is Raymond E. Blake case #'s 230-JJF, 405 JJF, 125 JJF. And the reason that I am writting is to inform you of my change of address. I am no longer incarcerated at D.C.C. and my new address is 1821 W. 4th St. Wilmington, DE 19805. Please make the appropriate changes in your computer system for my forwarding address.

Thankyou for your time & patience!

Respectfully submitted,
Ray Blake

cc Betty

Raymond E. Blake
1801 W. 4th St.
Wilm, DE. 19805

Office of the clerk
United States District court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570