11-28-07

To whom it may concern,

My name is Raymond E. Blake SBI# 377092 and I have several civil suits pending in the District Court. I'm currently incarcerated at SVOP and I would like to be updated with my docket sheet. The reason that I am requesting a printout of my entire Docket sheet is to be updated in the pending Proceedings. Thankyou for your Patience!

07-125 (JJF)
07-230 (JJF)
07-405 (JJF)
07-749 (JJF)

FILED
NOV 29 2007
ap scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted,

Raymond E. Blake
SVOP
23207 Dupont Blvd
Georgetown, DE 19947



Raymond E. Blake
SBI # 377092
SCCC
SVOP/SWRU
23207 Dupont Blvd.
Georgetown, DE 19947

WILMINGTON DE 19
28 NOV 2007 PM 1
USA 41

U.S.M.S.
X-RAY

Clerk of the Court
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE. 19801