Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S.M.S
X-RAY

07405

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Anthony M. Walker
408 West 28tl
Wilmington, ]

neopost
04J82023030
$00.410
01/03/2008
Mailed From 19801
US POSTAGE

NIXIE    197 DE 1    00 01/05/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19899001818    *1527-22329-03-35

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, ANTHONY M. WALKER, MICHAEL A. JOY, and ANTHONY D. ROGERS,<br><br>            Plaintiffs,<br><br>                 v.<br><br>HEALTHCARE CMS, WARDEN RAPHAEL WILLIAMS, COMMISSIONER CARL C. DANBERG, GOVERNOR RUTH ANN MINNER, and MAYOR JAMES M. BAKER,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-405-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

WHEREAS, Plaintiffs, Anthony M. Walker ("Walker") and Anthony D. Rogers ("Rogers"), were prisoners incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware at the time they filed their Complaint under 42 U.S.C. § 1983, along with applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, the Court entered Orders granting Walker and Rogers leave to proceed in forma pauperis and required Walker and Rogers, along with the other named Plaintiffs, to pay the $350.00 filing fee, jointly and severally, as determined by statute, and further assessed Walker an initial partial filing fee of $9.50, and Rogers an initial partial filing fee of $.60 (D.I. 10, 18);

WHEREAS, no monies have been paid towards the filing fee owed by Walker or Rogers, but Plaintiff Michael A. Joy has paid