049J82023030
$00.410
02/25/2008
Mailed From 19801
US POSTAGE

Neopost



U.S.M.S. X-RAY

NOTIFY SENDER OF NEW ADDRESS
ROGERS, ANTHONY
515 N JEFFERSON ST
WILMINGTON DE 19801-2127

197 NFE 1 2081 00 02/26/08
*1527-05521-25-41

BC: 19801212715



RECEIVED
FEB 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAYMOND E. BLAKE, ANTHONY M. WALKER, MICHAEL A. JOY, and ANTHONY D. ROGERS,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTHCARE CMS, WARDEN RAPHAEL WILLIAMS, COMMISSIONER CARL C. DANBERG, GOVERNOR RUTH ANN MINNER, and MAYOR JAMES M. BAKER,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 07-405-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

WHEREAS, Plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, this Court granted Plaintiff Raymond E. Blake ("Blake") leave to proceed without prepayment of fees, and on September 12, 2007, entered an Order requiring Blake to complete and return an authorization form within thirty days or the case would be dismissed (D.I. 18);

WHEREAS, the time period has lapsed, and to date the authorization form has not been received from Blake;

WHEREAS, Plaintiffs, Anthony M. Walker ("Walker") and Anthony D. Rogers ("Rogers"), were prisoners incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware at the time they filed their Complaint under 42 U.S.C. § 1983, along with applications to proceed in forma pauperis pursuant to 28