2-27-08



To whom it may concern,

My name is Raymond E. Blake civil Action #07-405 JJF. And I'm writting in regards to a notice that I just received stating that my pleadings have been dismissed without prejudice due to me not meeting the 30 day deadline in forwarding my authorization form. I mailed my authorization form to the court (2) two days after I received notice so there has to be a mistake on the court's behalf. I've written several letters as well as making the court aware that I am still incarcerated and I will like them to take the appropriate funds out of my inmate account. I also made the court aware that I am indigent and I don't have much funds in my account. So I pray that the court will take the necessary steps to investigate this Dire complaint. Thankyou for your time & patience!

P.S.→ This is my new mailing address so please make changes in your computer.

Respectfully submitted,
Ray Blake
Raymond E. Blake #377092
Pretrial #3 Rm #329
SCI
P.O. Box 500
Georgetown, DE. 19947

I/M: Raymond E. Bale   BLDG: Pretrial #3
SUSSEX CORRECTIONAL INSTITUTION  SBI #377092
P.O. BOX 500
GEORGETOWN, DELAWARE 19947  Rm #329

WILMINGTON DE 197
28 FEB 2008 PM 2 L

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
    19801-3570