3/23/08

To Whom It May Concern,                    07-405

I, Michael A Joy am in the process of filing a civil suite. Now I am at the process of filing the U.S Marshalls forms and I also have to make copies of the complaint to go with them. My dilemma dilemma is that during the time when I first filed the suit, the person that helped me file it had the original complaint. He got moved to another pod and took the complaint with him. I haven't had contact with him since. So I'm asking if you could please send me one copy of the complaint so I can make the necessary copies needed for me to continue. I would greatly appreciate this. Thank you for your time and concern. Happy Holidays !!

Sincerely,
SBI # 519040 MICHAEL A. JOY

P.S. The case # is 07-405-JJF

FILED
MAR 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Michael G. Gay 5BIH3F9040
P.O. Box 950,
Smyrna. Del. 1989

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

WILMINGTON DE 197
24 MAR 2008 PM

USA 41

19801435570