OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 31, 2008

TO: Michael A. Joy
SBI# 519040
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE:   REQUEST FOR COPIES OF DOCUMENTS, C.A. NO. 07-405(JJF)**

Dear Mr. Joy:

This is in response to your letter received on 3/25/08 requesting copies of DI 5 (Complaint), DI 6 (Amended Complaint) and DI 13 (Second Amended Complaint).

Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **The above-mentioned copies are enclosed, free of charge for this request only**. Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: DI #'s 5, 6 and 13