C.A. 07-405 JJF

3/28/08

To whom it may concern,

My name is Raymond E. Blake and I'm writting in request of A Docket sheet so I can find out the status of my court proceedings for all of my pending lawsuits. I also am writting in request of an authorization form for case # 07-405 JJF. I need this information so I can effectively complete my assigned tasks that the judge ordered me to do. Thankyou for your time & patience!

Respectfully submitted,
Ray Blake
Raymond E. Blake
pretrial #3 Rm #328
SBI #377092
SCI
P.O. Box 500
Georgetown, DE
19947



FILED
APR - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM: Raymond E. Blake BLDG: Delta/#3
SUSSEX CORRECTIONAL INSTITUTION Rm #323
P.O. BOX 500   SBI #377092
GEORGETOWN, DELAWARE 19947

Office of the clerk
United States District court
844 N. King Street Lockbox 18
Wilmington, DE. 19801-3570

