OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 2, 2008

TO:

**Raymond E. Blake**
SBI# 377092
Sussex Correctional Institution (SCI)
P.O. Box 500
Georgetown, DE 19947

```
    RE:  REQUEST FOR COPY OF DOCKET SHEETS & REQUEST FOR
         AUTHORIZATION FORM, C.A. NO. 07-405 JJF
```

Dear Mr. Blake:

　　This is in response to your letter received 4/1/08 requesting copies of all docket sheets and an Authorization Form for the above noted civil action.

　　Please be advised that the fee for copies (including docket sheets) is fifty cents ($.50) per page. **The Court has previously provided you with one free docket sheet.** Should you require copies (including docket sheets) in the future, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, United States District Court.

　　Also, in regards to your request for an Authorization Form in the above listed case, you were dismissed as a Plaintiff per Order dated 2/21/08.

　　Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

　　　　　　　　　　　　　　　　　　Sincerely,

/rc　　　　　　　　　　　　　　　　PETER T. DALLEO
　　　　　　　　　　　　　　　　　　CLERK

cc:　The Honorable Joseph J. Farnan, Jr.