IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT COURT OF DELAWARE

Blake et al
vs.
Health Care C.M.S. et al

Case/Civil Action # 1:07-cv-405jjF

FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO UPHOLD AND OR MOTION OF RETAINMENT FOR PREVIOUS DISMISSAL

Comes Now Raymond E. Blake, pro se litigant in this instant civil Action case # 1:07-cv-405jjF. Plaintiff respectfully brings forth this instant Motion which is A "Motion to Uphold and or Motion of Retainment" in this instant matter whereas plaintiff was previously Dismissed without prejudice as of Feb. 21st, 2008 by the Honorable Joseph J. Farnan, Jr. in regards of untimely filing of an authorization form. Plaintiff has written letters to the honorable court explaining that he indeed did forward the proper document to the court on and or before the deadline of the scheduled filing.

Plaintiff alleges that he placed the proper document in the hands of an correctional officer who is a named Defendant in civil action # 1:07-cv-749jjF for mailing to the honorable court. Plaintiff had no way of knowing if the officer mailed his document due to the established proceedure that is in structure at the facility he was comfined in; that facility being the (Sussex violation of probation Center.) WHEREAS, Plaintiff respectfully request of or to having his instant Motion "GRANTED" which is A "MOTION TO UPHOLD AND OR MOTION OF RETAINMENT

FOR PREVIOUS DISMISSAL" where plaintiff was wrongly dismissed without prejudice due to an error made in the mailing proceedure at the facility he was housed at. Plaintiff prays that the honorable court has mercy on him and reissue him another authorization form that he will immediately complete and effectively forward to the appropriate agency.

Date: 4-4-08

Respectfully submitted,
Raymond C. Blake
Raymond E. Blake
SBI #377092  Rm #323
Pretrial #3   SCI
P.O. Box 500
Georgetown, DE.
19947

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT COURT OF DELAWARE

Blake et al
vs.
Health Care C.M.S. et al

Case/Civil Action #1:07-cv-405JJF

## CERTIFICATE OF SERVICE

I, <u>Raymond E. Blake</u>, Plaintiff, Pro-Se, hereby certify that this document titled "MOTION TO UPHOLD AND OR MOTION OF RETAINMENT FOR PREVIOUS DISMISSAL" was given to "Prison Officials" on this <u>4th</u> Day of <u>April</u>, 2008, for the forwarding to the below listed party(s) by certified mail- via united states postal service, first class postage prepaid.

① Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Date: <u>4-4-08</u>

Respectfully Submitted,
Raymond C. Blake
Raymond E. Blake
SBI #377092 pretrial #3
Rm #323 SCI
P.O. Box 500
Georgetown, DE. 19947

IM: Raymond E. Blake BLDG: Pretrial /#3
SUSSEX CORRECTIONAL INSTITUTION Rm #323
P.O. BOX 500 SB# 377092
GEORGETOWN, DELAWARE 19947

U.S.M X-RAY

WILMINGTON DE 197
07 APR 2008 PM 3 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE.
19801-3570

19801+3570

LET US DARE TO
THINK, SPEAK A[N]
John Adams, 17[65]

USA FIRST-CLASS FOREVER