OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2008

TO:

Michael A. Joy
SBI# 519040
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:  UNITED STATES MARSHAL 285 FORMS**
          **CIV. NO.: 07-405 JJF**

Dear Mr. Joy:

    Please be advised that this office has received all required United States Marshal 285 forms in the above referenced case.

    Your complaint, along with the United States Marshal 285 forms, will be forwarded to the United States Marshal for service in accordance with the Court's orders.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/rwc                        PETER T. DALLEO
                          CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     United States Marshal
     Pro Se Law Clerk