U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| MICHAEL A. Joy | 07-405-JJF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| HEALTH CARE C.M.S   E.T ALL | C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HEALTH CARE C.M.S

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 1201 COLLEGE PARK DR. SUITE 101 DOVER, DE 19904

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| MICHAEL A. Joy SBI#519040<br>H.R.Y.C.I P O BOX 9561<br>WILM. DE 19809 | Number of process to be served with this Form - 285  **1** |
| | Number of parties to be served in this case  **2** |
| | Check for service on U.S.A.  ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                              Fold

(302) -674-8281
(302) -674-3693

FORMA PAUPERIS

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 3/11/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin  No. 15 | District to Serve  No. 15 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 5-21-08 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  MARCE SLACK, Adm. to tut | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above)  1201 College Park Dr. Suite 102, Dover, DE 19904 | Date of Service  5/28 | Time  12:35 pm |
| | Signature of U.S. Marshal or Deputy  Cousin | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:   98 miles

2008 MAY 30   AM
CLERK, U.S. DISTRICT COURT
FILED
DISTRICT OF DELAWARE

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|