IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL A. JOY, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-405 JJF |
| | : | |
| v. | : | TRIAL BY JURY OF 12 DEMANDED |
| | : | |
| HEALTHCARE C.M.S., and | : | |
| WARDEN RAPHAEL WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendants Correctional Medical Services, Inc. This entry of appearance is not a waiver of any defense available to defendants and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

/s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Date: June 11, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 11th day of June 2008, the foregoing Entry of Appearance was filed via CM/ECF and served upon the following via First Class Mail:

>Michael A. Joy
>SBI# 519040
>Howard R.Young Correctional Institution
>P.O. Box 9561
>Wilmington, DE 19809

                    /s/ James E. Drnec
              James E. Drnec, Esquire (#3789)