IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL A. JOY, : | |
| : | |
| Plaintiff, : | C.A. No. 07-405 JJF |
| : | |
| v. : | TRIAL BY JURY OF 12 DEMANDED |
| : | |
| HEALTHCARE C.M.S., and : | |
| WARDEN RAPHAEL WILLIAMS, : | |
| : | |
| Defendants. : | |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action hereby stipulate to the dismissal with prejudice of all claims against defendant Correctional Medical Services, Inc. Each party is to bear its own expenses of suit.

|  | BALICK & BALICK LLC |
|---|---|
| _/s/ Michael A. Joy_ | _/s/ James E. Drnec_ |
| Michael A. Joy  (Plaintiff *Pro Se*) | James E. Drnec, Esquire (ID No.3789) |
| James T. Vaughn Correctional Center | 711 King Street |
| 1181 Paddock Rd. | Wilmington, DE 19801 |
| Smyrna, DE 19977 | (302) 658-4265 |
|  | Attorney for Defendant |
|  | Correctional Medical Services, Inc. |
| Dated: 8/20/08 | Dated: 8/22/08 |

SO ORDERED:

_____
          J.
Date:

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 22nd day of August 2008, the foregoing Stipulation of Dismissal was filed via CM/ECF and served upon the following via First Class Mail:

>Michael A. Joy
>SBI# 519040
>Howard R. Young Correctional Institution
>P.O. Box 9561
>Wilmington, DE 19809

>    /s/ James E. Drnec
>James E. Drnec, Esquire (#3789)