

07-125 JJF
07-405 JJF
07-749 JJF
07-783 JJF

FILED
AUG 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

8-22-08

To whom it may concern,

My name is Raymond E. Blake SBI #377092, And I am writting to inform the courts that I am incarcerated at the Sussex Correctional Institution, Georgetown DE. 19947 I would like all legal information ferwarded to this legal address, so I can pursue my lawsuits. I'm involved in several case numbers and I intend on pursuing them all. So please forward all documents to this address:

Raymond E. Blake
SBI #377092 Pretrial #3
SCI   Rm #306
P.O. Box 500
Georgetown, DE. 19947



Raymond E. Blake
SBI # 377092 Pretrial #3
SUSSEX CORRECTIONAL INSTITUTION   Rm # 306
PO BOX 500
GEORGETOWN, DE 19947-0500

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570