IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL A. JOY, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-405 JJF |
| | : | |
| v. | : | TRIAL BY JURY OF 12 DEMANDED |
| | : | |
| HEALTHCARE C.M.S., and | : | |
| WARDEN RAPHAEL WILLIAMS, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action hereby stipulate to the dismissal with prejudice of all claims against defendant Correctional Medical Services, Inc. Each party is to bear its own expenses of suit.

_____
Michael A. Joy (Plaintiff *Pro Se*)
James T. Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Dated: 8/20/08

BALICK & BALICK LLC

_____
James E. Drnec, Esquire (ID No.3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorney for Defendant
Correctional Medical Services, Inc.

Dated: 8/22/08

SO ORDERED:

_____
J.
Date: September 3, 2008